STATE OF NEW JERSEY v. CYNTHIA IOZZIO.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE MILLER.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN WOJIE.

October 27, 1981.

Petition for certification denied.

HAMILTON TOWNSHIP TAXPAYERS' ASSOCIATION v.
THOMAS J. WARWICK.

October 27, 1981.

Petition for certification denied.   (See 180 *N.J.Super.* 243)

STATE OF NEW JERSEY v. JERALD M. PERRY.

October 27, 1981.

Petition for certification denied.